IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NYIER STARKS, | § | |
| | § | No. 237, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1205002051 and |
| STATE OF DELAWARE, | § | 1011005945 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 4, 2016
Decided: October 5, 2016

## **ORDER**

This 5th day of October 2016, it appears to the Court that, on September 20, 2016, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter. The opening brief and appendix were due on or before September 6, 2016. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice